1  LATHAM & WATKINS LLP
   Miles N. Ruthberg (Bar No. 086742)
2     Jamie L. Wine (Bar No. 181373)
   355 South Grand Avenue
3  Los Angeles, California  90071-1560
   Telephone: 213.485.1234
4  Facsimile: 213.891.8763
   E-mail: miles.ruthberg@lw.com
5  Email: jamie.wine@lw.com

6  Attorneys for Defendant
   Ernst & Young LLP
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11  PHIL WALKER AND LORRAINE WALKER,   |   Case No. CV 11-1155 SBA

12             Plaintiffs,   |   **ORDER GRANTING DEFENDANT ERNST & YOUNG'S EMERGENCY MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

13

14    v.

15

16  ERNST & YOUNG LLP,   |   **ORDER PURSUANT TO CIVIL L.R. 6-3**

17            Defendant.

1    Having considered Defendant Ernst & Young's Emergency Motion to Extend the
2  Time to Answer or Otherwise Respond to Plaintiffs' Complaint, and good cause being shown,
3  the Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint is hereby
4  **GRANTED**.  Accordingly, Defendant's time within which to answer or otherwise respond to the
5  Complaint in the above-captioned matter is extended to such time as ordered by Judge Kaplan in
6  the Southern District of New York or, if transfer is denied, to 30 days following the issuance of
7  an order denying transfer.
8    **IT IS SO ORDERED.**
9
10  Dated: _3/17/11

           _____
11          The Honorable Saundra Brown Armstrong
            UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NY\1785051.1                               1                          CASE NO. CV 11-1155 SBA
                                                                [PROPOSED] ORDER GRANTING DEFENDANT'S
                                                                  MOTION FOR EXTENSION OF TIME

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **March 18, 2011**, I served the following document described as:

**[PROPOSED] ORDER GRANTING DEFENDANT ERNST & YOUNG'S EMERGENCY MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Phil Walker
Lorraine Walker
1705 Clairmont Court
Petaluma, CA  94954

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 18, 2011**, at San Francisco, California.

*/s/ Sarah Bergmueller*
Sarah Bergmueller